IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| v. | * | CR 111-090 |
| TERRANCE JAMAL LUKE | * | |

## O R D E R

Defendant Terrance Jamal Luke has filed a motion seeking credit against his federal sentence for time he served in Jefferson County Jail prior to his sentencing. Matters of credit for time served and other length of sentence determinations are better directed to the federal Bureau of Prisons ("BOP") and not this Court. Indeed, the BOP has the power to designate the housing state facility *nunc pro tunc* as the place of federal confinement so that a defendant may gain credit against a federal sentence for the time served in the state facility. However, this is a decision within the discretion of the BOP. Here, Defendant indicates that he has exhausted his administrative remedies with the BOP.

Nevertheless, any judicial challenge to the BOP's decision must be brought under 28 U.S.C. § 2241 in the district of *confinement* rather than in the sentencing court. Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991); see also United States v. Nyhuis, 211 F.3d 1340, 1345 (11th Cir. 2000) ("A claim for credit for time served is brought under 28 U.S.C. § 2241

after the exhaustion of administrative remedies."). Accordingly, Defendant must bring his § 2241 challenge in the Eastern District of Texas, which has territorial jurisdiction over the facility in which Defendant is presently incarcerated.

Upon the foregoing, Defendant's motion for credit for time served (doc. 49) is hereby **DENIED**. The Clerk is directed to serve a copy of this Order upon Defendant.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of August, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2