IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    *
                            *
v.                          *    CR 111-090
                            *
TERRANCE JAMAL LUKE         *

ORDER

By two prior Orders, Defendant Terrance Jamal Luke was given until October 18, 2019 to file a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 or face dismissal of his previously filed motion for relief from sentence based upon Rehaif v. United States, --- U.S. ---, 139 S. Ct. 2191 (Jun. 21, 2019). (See Orders of Aug. 14 and Sept. 12, 2019, Docs. 50 & 53.) Defendant has failed to do so. Accordingly, the Clerk is instructed to **TERMINATE** Defendant's motion for relief from sentence (doc. 46).

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA